UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

                                               Case No. 19-16118-RBR

MICHAEL JOSEPH MCSHANE

                                               Chapter 7

               Debtor.

_____ /

## <u>TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ATTORNEY</u>

       Sonya S. Slott, Trustee, respectfully requests an order of the court authorizing the employment of Mark Bonacquisti, Esq. and The Salkin Law Firm, P.A. to represent the trustee in this case and states:

       1.       It is necessary that the trustee employ an attorney to represent the trustee in this case to perform ordinary and necessary legal services required in the administration of the estate.

       2.       The attorney does not hold or represent any interest adverse to the estate and the trustee believes that the employment of this attorney would be in the best interest of the estate.

       3.       Attached to this motion is the proposed attorney's affidavit demonstrating Mark Bonacquisti of The Salkin Law Firm, P.A., are disinterested as required by 11 U.S.C. §327(a), with the disclosure noted in the affidavit and a verified statement as required under Bankruptcy Rule 2014.

       4.       The attorney has agreed to be compensated in accordance with 11 U.S.C. §330. The trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the trustee on its relations with, and responsibilities to, the debtor, creditors and other parties.

WHEREFORE, the trustee respectfully requests an order authorizing the employment of Mark Bonacquisti, Esq. and The Salkin Law Firm, P.A. to represent the trustee on a general retainer, pursuant to 11 U.S.C. §§327 and 330.

I HEREBY CERTIFY that a copy of the foregoing was mailed via U.S. mail to all parties on the attached service list, and via CM/ECF to attorney for the debtor and Office of the United States Trustee on May 14, 2019.

/s/ Sonya S. Slott, Trustee
Sonya S. Slott, Trustee
P.O. Box 15580
Plantation, FL 33318
Tel: 954-423-4469
Fax: 954-423-4479

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:

MICHAEL JOSEPH MCSHANE                                          Case No.: 19-16118-RBR
                                                               Chapter 7

_____DEBTORS___ _____/

**VERIFIED STATEMENT OF MARK BONACQUISTI, ESQ. ON BEHALF OF THE**
**SALKIN LAW FIRM P.A. AS PROPOSED GENERAL COUNSEL FOR THE TRUSTEE**

Pursuant to 11 U.S.C. § 327 F.R.B.P., 2014 and 9011, 28 U.S.C. § 1746 and Local Rule

2014-1(A), the proposed attorney for the Trustee hereby submits his Verified Statement and

states:

1.  I am an attorney admitted to practice in the State of Florida and the United States

    District Court for the Southern District of Florida.

2.  I am employed by The Salkin Law Firm, P.A. with offices located at 950 South Pine

    Island Road, Suite A150, Plantation, FL 33324. Neither I, nor the firm hold or

    represent any interest adverse to the estate, and we are disinterested persons as

    required by §327(a). The Trustee is a member of the firm.

3.  Neither I, nor The Salkin Law Firm, P.A. have any connections with the debtors,

    creditors, any other party in interest, their respective attorneys and accountants, the

    U.S. Trustee, or any person employed in the office of the U.S. Trustee. The Trustee is

    a member of The Salkin Law Firm P.A.

4.  The hourly billing rate for attorneys are $200.00 to $450.00, and for clerks and

    paralegals ranging from $60.00 to $125.00 subject to periodic change and subject to

    award of the Bankruptcy Court.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Date: May 14, 2019

Mark Bonacquisti, Esq.
FBN: 703257
P.O. Box 15580
Plantation, FL 33318
Tel.: (954) 423-4469
Fax: (954) 423-4479

```
Label Matrix for local noticing        Synchrony Bank                          American Coradius International LLC
113C-0                                  PRA Receivables Management, LLC         2420 Sweet Home Rd #150
Case 19-16118-RBR                       PO Box 41021                            Buffalo, NY 14228-2244
Southern District of Florida            Norfolk, VA 23541-1021
Fort Lauderdale
Tue May 14 14:39:33 EDT 2019

Bank of New York Mellon                 Bankamerica                            Boca Medical Center
c/o McCalla Raymer Leibert Pierce, LLC  4909 Savarese Circle                    21644 Florida 7
225 E. Robinson St Suite 155            Tampa, FL 33634-2413                    Boca Raton, FL 33428
Orlando, FL 32801-4326


Boca Regional Hospital                  CIGNA Health and Life Insurance Company Capital Incentive Group Financial
650 Glades Rd.                          POB 182223                              POB 19795
Boca Raton, FL 33431-6414               Chattanooga, TN 37422-7223              Irvine, CA 92623-9795


Capital One Bank Usa N                  Cig Financial                           Cleveland Clinic
Po Box 30281                            Po Box 19795                            POB 89410
Salt Lake City, UT 84130-0281           Irvine, CA 92623-9795                   Cleveland, OH 44101-6410


Cmre Finance                            Comcast                                 Cordell and Cordell, P.C.
3075 E Imperial Hwy                     POB 530099                              500 E Broward Blvd Suite 1710
Brea, CA 92821-6733                     Atlanta, GA 30353-0099                  Fort Lauderdale, FL 33394-3012


Dr. Ari Silverstein                     Dr. Jeffrey B. Worth, MD                Firstsource Advantage, LLC
701 NW 13th St 3rd floor                4400 Sheridan St                        POB 23950
Boca Raton, FL 33486-2305               Hollywood, FL 33021-3514                Belleville, IL 62223-0950


Fort Lauderdale Fire Rescue             GEMB Lending, Inc                       Internal Revenue Service*
POB 31076                               POB 960063                              POB 7346
Tampa, FL 33631-3076                    Orlando, FL 32896-0063                  Philadelphia, PA 19101-7346


Mary Zogg                               Nc Financial                           Ncb Management Service
Orlando Law Group                       175 W Jackson Blvd                      1 Allied Drive
12301 Lake Underhill Rd                 Chicago, IL 60604-2863                  Trevose, PA 19053-6945
Suite 213
Orlando, FL 32828-4511

Net Credit American Coradive            Office of the US Trustee                Onemain
175 W. Jackson Blvd., Suite 1000        51 S.W. 1st Ave.                        Po Box 1010
Chicago, IL 60604-2863                  Suite 1204                              Evansville, IN 47706-1010
                                        Miami, FL 33130-1614


Onemain Financial                       Republic Bank & Trust Company           Santander Consumer Usa
Po Box 1010                             Elastic Payment Processing              Po Box 961245
Evansville, IN 47706-1010               POB 950276                              Ft Worth, TX 76161-0244
                                        Louisville, KY 40295-0276
```

```
Specialized Loan Servi              Syncb/Walmart                    The Zogg Law Firm
8742 Lucent Blvd                    Po Box 965024                    c/o Mary Zogg
Highlands Ranch, CO 80129-2386      Orlando, FL 32896-5024           501 North Magnolia Ave
                                                                     Orlando, FL 32801-1364


Urology Care Specialists            Michael Joseph McShane           Mitchell J. Nowack Esq.
1601 Clint Moore Rd                 1514 SW 25th Street              8551 Sunrise Blvd #208
Suite 195                           Fort Lauderdale, FL 33315-2213   Plantation, FL 33322-4007
Boca Raton, FL 33487-5716


Sonya Salkin                        End of Label Matrix
PO Box 15580                        Mailable recipients    36
Plantation, FL 33318-5580           Bypassed recipients     0
                                    Total                  36
```