

**ORDERED in the Southern District of Florida on May 15, 2019.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

MICHAEL JOSEPH MCSHANE

Case No. 19-16118-RBR
Chapter 7

Debtor.
_____/

**ORDER APPROVING EMPLOYMENT OF TRUSTEE'S ATTORNEY**

THIS CAUSE came on before the court upon the Trustee's Application for Employment of Mark Bonacquisti, Esq. and The Salkin Law Firm [ECF #11] in this case. Upon the representations that Mark Bonacquisti is duly qualified to practice in this court pursuant to Local Rule 2090-1(A) that Mark Bonacquisti of The Salkin Law Firm hold no interest adverse to the estate in the matters upon which they are engaged, Mark Bonacquisti, Esq. and The Salkin Law Firm are disinterested persons as required by 11 U.S.C §327(a), and have disclosed any

connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interests of the estate, it is:

**ORDERED** that the trustee is authorized to employ Mark Bonacquisti, Esq., and The Salkin Law Firm as attorney for the trustee, on a general retainer, pursuant to 11 U.S.C. §§327 and 330.

###

**Submitted by:**   Sonya S. Slott, Trustee
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469
sonya@msbankrupt.com

The party submitting this order shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).